BEFORE JUDGE LANDIS, AUGUST 17, 1967

**No. R67/96.**—Alvin Naiman Corporation et al. *v.* United States, reappraisements R62/3435, etc. (Ashtabula).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those in *Alvin Naiman Corporation* v. *United States* (54 Cust. Ct. 705, Reap. Dec. 11008), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956 (T.D. 54165), is the proper basis for the determination of the value of the merchandise in question, described as Dolomite or screenings or stone, and that such value is the appraised value, less the following charges: Trucking at Port Colborne from quarry to dock, $0.15 (Canadian currency) per net ton, and stacking at Port Colborne, $0.05 per net ton (Canadian currency).

BEFORE JUDGE DONLON, AUGUST 17, 1967

**No. R67/97.**—Red Line Commercial Co., Inc. *v.* United States, reappraisement R61/3252 (New York).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (56 Cust. Ct. 636, Reap. Dec. 11147) and *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696), the court found and held (1) that export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determination of the value of the 12 ounce tins, corned beef, first grade, described on the invoice and entry covered by this appeal for reappraisement, and that such value is $2.7311 per dozen 12 ounce tins, net packed, and (2) that United States value, as defined in section 402a(e), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determination of the value of the 6 pound tins, corned beef, first grade, described on the invoice and entry covered by this appeal for reappraisement, and that such value is $19.9724 per dozen 6 pound tins, net packed.